EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115

JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 11, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LETANTIA BUSSELL,<br><br>    Defendant. | Case No. CV 15-02034-SJO(VBKx)<br><br>JUDGMENT IN FAVOR OF PLAINTIFF UNITED STATES OF AMERICA AND AGAINST DEFENDANT LETANTIA BUSSELL |

    Pursuant to the Court's Order Granting in Part and Denying in Part the Government's Motion for Summary Judgment Reducing Penalty Assessment to Judgment filed on December 8, 2015 (ECF Docket No. 25),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.   Pursuant to 31 U.S.C. Section 5321((a)(5)(C), defendant Letantia Bussell is personally liable and indebted to the United States of America for the Report of Foreign Bank and Financial Accounts ("FBAR") penalty assessment for the year 2006 in the amount of in the reduced amount of $1,120,513, plus

1

statutory interest accruing from the date of assessment on June 5, 2013, as provided by law, until such obligation is paid in full.

2. Defendant Letantia Bussell is personally liable and indebted to the United States of America for the failure-to-pay the assessed FBAR penalty, pursuant to 31 U.S.C. Section 3717(e)(2), as provided by law.

DATE: January 11, 2016.   *S. James Otero*
_____
S. JAMES OTERO
United States District Judge

Presented by

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
THOMAS D. COKER
Assistant United States Attorney

Attorneys for the United States

2